```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

STEFAN JOHN,                            :

                Plaintiff,              :

        - against -                     :

THE CITY OF NEW YORK et al.,            :

                Defendants              :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-24-09

**ORDER**

08 Civ. 9105 (DC)

**CHIN, District Judge**

Plaintiff commenced this action on October 23, 2008 by filing a complaint, at which time a summons was issued. More than 120 days have elapsed since the action was commenced, and plaintiff has failed to file an affidavit of service with the Court attesting to service of the summons and complaint on the following defendants: Police Detective Matthew G. Walker, Police Officer Diaz, Police Officer Chi W. Bao, Chinedu Chuka Nwosa, M.D., Tolulope Ojudun, Department of Corrections Commissioner Brian Fisher, Prison Health Services, Inc., Department of Health and Mental Hygiene Commissioner Thomas R. Frieden, and Department of Health and Mental Hygiene Deputy Commissioner Louise Cohen.

Accordingly, this action will be dismissed without prejudice unless plaintiff, within thirty days from the date of this Order, either (1) file proof of service with the Clerk of the Court, or (2) show cause in writing why a further extension

of the time limit for service is warranted.  <u>See</u> Fed. R. Civ. P. 4(m).

       SO ORDERED.

Dated:   New York, New York
          March 24, 2009

                                    _____
                                    DENNY CHIN
                                    United States District Judge