UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

STEFAN JOHN,                         :

             Plaintiff,      :

      - against -               :

THE CITY OF NEW YORK et al.,         :

            Defendants       :

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-09

<u>ORDER</u>

08 Civ. 9105 (DC)

**CHIN, District Judge**

        On October 29, 2008, the complaint and summons were mailed to defendants Fazal M. Yussuf, Michael Catalano, Kezia Gordon, Yungdo Park, and the City of New York ("defendants"). Defendants signed and returned to plaintiff a Waiver of Service of Summons, and defendants' Waivers have been filed with the Court. The time for responding to the complaint expired on December 29, 2008. Hence, it appears defendants are in default. On or about March 24, 2009, my law clerk called David M. Pollack of the Corporation Counsel's Office to inquire as to the status of the case. Mr. Pollack responded that he would file an answer within a week. As of today's date, no answer has been filed. Accordingly, defendants are hereby ordered to show cause in writing by May 11, 2009 why a default judgment should not be entered against them.

        SO ORDERED.

Dated:    New York, New York
           April 10, 2009

                                    DENNY CHIN
                                    United States District Judge